IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANTON HICKS, | ) CIVIL DIVISION |
| Plaintiff, | ) No. GD-05-1740 |
| v. | ) Judge Donetta W. Ambrose |
| THE TECHS INDUSTRIES, INC., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. This Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement. Each party will bear its own costs.

FOR THE PLAINTIFF:                                    FOR THE DEFENDANTS:

/s/  *Anthony G. Sanchez*                              /s/  *Shannon H. Paliotta*

Anthony G. Sanchez (PA ID No. 55945)                   Robert W. Cameron, (PA ID No. 69059)
(412) 243-9700                                         (412) 201-7635
Andrews & Price                                        Shannon H. Paliotta (PA ID No. 91000)
1500 Ardmore Blvd.                                     (412) 201-7631
Suite 506                                              LITTLER MENDELSON, P.C.
Pittsburgh, PA 15221                                   Dominion Tower – 26th Floor
                                                       625 Liberty Avenue
*Counsel for Plaintiff*                                Pittsburgh, PA 15222

                                                       *Counsel for Defendant*

Firmwide:82899780.1 041269.1004
8/8/07

Approved 8/27/07
*Donetta W. Ambrose*